■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON J. BUNN, Appellant. [756 NYS2d 773] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered August 9, 2001, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]). Feuerstein, J.P., Goldstein, H. Miller and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAQUALEON DAVIS, Appellant. [756 NYS2d 774] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Rosengarten, J.), rendered January 9, 2002, convicting him of rape in the first degree (two counts), sodomy in the first degree (two counts), sexual abuse in the first degree (six counts), and endangering the welfare of a child, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the photo identification of him at trial in his absence was improper because the victim was shown three photographs of him instead of one photograph is unpreserved for appellate review (see People v Russell, 79 NY2d 1024 [1992]). In any event, having knowingly and voluntarily absented himself from trial, he waived his right to object to the People's use of three photographs as opposed to one photograph (see People v Scarola, 71 NY2d 769 [1988]).

The defendant's remaining contention is without merit. Ritter, J.P., Santucci, Feuerstein and Schmidt, JJ., concur.